THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANNA MARIE FUENTES,<br><br>        Defendant. | No. CR23-002-JNW<br><br>ORDER TO CONTINUE DISPOSITION HEARING |

THE COURT has considered Anna Marie Fuentes's unopposed motion to continue her next hearing to a date in November 2024 along with the records in this case.

IT IS ORDERED that Ms. Fuentes's initial appearance and final hearing on revocation of supervised release is rescheduled for November 21, 2024, at 9:00 a.m.

DATED this 12th day of September 2024.

Jamal N. Whitehead
United States District Judge

Presented by:

s/ *Corey Endo*
First Assistant Federal Defender
Attorney for Anna Marie Fuentes

ORDER TO CONTINUE
DISPOSITION HEARING
(*U.S. v. Fuentes,* CR23-002-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100