THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-002-JNW |
| Plaintiff, | |
| v. | ORDER CONTINUING HEARING ON REVOCATION OF SUPERVISED RELEASE |
| ANNA MARIE FUENTES, | |
| Defendant. | |

THE COURT has considered Anna Marie Fuentes's unopposed motion to continue her next hearing to September 4, 2025, along with the records in this case.

IT IS ORDERED that Ms. Fuentes's final hearing on revocation of supervised release is rescheduled for September 4, 2025, at 3:00 p.m.

DATED this 20th day of August 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
First Assistant Defender
Attorney for Anna Marie Fuentes

ORDER CONTINUING HEARING ON
REVOCATION OF SUPERVISED RELEASE
(*United States v. Fuentes,* CR23-002-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100