THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANNA MARIE FUENTES,<br><br>　　　　Defendant. | No. CR23-002-JNW<br><br>ORDER TO SEAL DOCUMENT |

THE COURT has considered Anna Marie Fuentes's motion to seal Exhibit 1 to the Disposition Memorandum and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 1 be filed under seal.

DONE this 17th day of September 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
First Assistant Defender
Attorney for Anna Marie Fuentes

ORDER TO SEAL DOCUMENT
(*United States v. Fuentes,* CR23-002-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100